UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN O. WILLIAMS,

    Petitioner,

v.                                                                      4:22cv160–WS/MAF

STATE OF FLORIDA,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S PETITION
## FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 3) dated April 20, 2022. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as successive. The petitioner has filed objections (ECF No. 6) to the report and recommendation.

In his objections, the petitioner suggests that his pending habeas petition should not be dismissed as a second or successive petition because he has asserted six new claims that were not included in his original habeas petition. He relies on former Rule 9(b) of the Rules Governing Section 2254 Cases, which provided that the district court "may" dismiss a second or successive §2254 habeas petition that

does not "allege new or different grounds for relief." In 2004, Rule 9 was amended to make the district court's review of a second or successive habeas petition more restricted. Rule 9 now provides, in toto: "Before presenting a second or successive petition, the petitioner must obtain an order from the appropriate court of appeals authorizing the district court to consider the petition as required by 28 U.S.C. § 2244(b)(3) and (4)." Under § 2244(b), the court of appeals "may authorize the filing of a second or successive application only if it determines that the application makes a prima facie showing" that a claim either (1) "relies on a new rule of constitutional law . . . that was previously unavailable" or (2) is based on newly discovered evidence showing "that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense." 28 U.S. C. § 2244(b)(2), (b)(3)(C).

Because Petitioner has not been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, this court lacks the authority to consider Petitioner's new claims. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's § 2254 petition for writ of habeas corpus is DISMISSED as an unauthorized successive petition, over which this court lacks jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed for lack of jurisdiction."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this   13th   day of    May   , 2022.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE